**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF:<br>Distinctive Home Improvement, LLC,<br><br>Debtor. | Bankruptcy Case No. 17-53700<br>Hon. Phillip J. Shefferly<br>Chapter 7 |

**MOTION FOR ENTRY OF ORDER AUTHORIZING TRUSTEE TO SELL PERSONAL PROPERTY FREE AND CLEAR OF LIENS AND FOR <u>ADDITIONAL RELATED RELIEF</u>**

NOW COMES Chapter 7 Trustee, Fred J. Dery, (the "Trustee") by and through his counsel, Stevenson & Bullock, P.L.C., who hereby files this Motion for Entry of Order Authorizing Trustee to Sell Personal Property Free and Clear of Liens and for Additional Related Relief (the "Motion") and requests that this Court enter an order substantially in the form attached hereto as Exhibit 1.

Trustee, through his counsel, in support of his Motion, states:

<u>**Jurisdiction**</u>

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b). This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper under 28 U.S.C. § 1408 and 1409.

3. Trustee brings this Motion pursuant to, *inter alia*, 11 U.S.C. § 542 and E.D. Mich. LBR 9014-1.

## Facts

4. On September 29, 2017 (the "Petition Date"), Distinctive Home Improvement, LLC (the "Debtor"), filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code (11 U.S.C. § 101, et seq.) in the Bankruptcy Court for the Eastern District of Michigan, Southern Division.

5. The Trustee is the duly qualified and acting trustee in this Chapter 7 case and over the bankruptcy estate (the "Estate").

6. The assets of the bankruptcy estate required to be sold are the following:

   a. 1 three drawer metal cabinet
   b. 1 two drawer metal cabinet
   c. 1 book shelf
   d. 1 desk
   e. 2 office chairs
   f. 1 credenza
   g. 1 receptionist desk
   h. 1 desk
   i. 1 chair
   j. 1 table
   k. 1 filing cabinet
   l. 2 gas pumps
   m. 1 vehicle lift

(collectively, the "Personal Property").

7. The Personal Property is property of the bankruptcy estate. 11 U.S.C. § 541.

8. The Trustee requests the authority of this Court to sell the Personal Property to Gary Smith free and clear of any and all liens, claims, or encumbrances for the total price of $3,850.00. Mr. Smith has paid a deposit to the trustee in the amount of $1,260.00 on January 10, 2018. The remaining $2,590.00 will be paid, in full, on or before March 12, 2018.

9. Upon information and belief, no party asserts a claim or encumbrance against the Personal Property.

## LEGAL AUTHORITY

10. Pursuant to 11 U.S.C. §105, the Court has broad power to, "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

11. Section 363 of the Bankruptcy Code specifically authorizes sales of property of the Estate.

12. Specifically, § 363(b) provides "[t]he trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate […]."

13. Furthermore, § 363(f) of the Bankruptcy Code provides for the sale of property of the estate "free and clear of any interest in such property of an entity other than the estate," if one of the following conditions is met:

>  (1) applicable non-bankruptcy law permits sale of such property free and clear of such interests;

(2) such entity consents;
(3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
(4) such interest is in bona fide dispute; or
(5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

11 U.S.C. § 363(f).

14. Section 363(f) of the Bankruptcy Code is drafted in the disjunctive. Thus, satisfaction of any one of the requirements enumerated therein is sufficient for the sale of the Real Property free and clear of all Liens, except with respect to any interests that are liabilities to be assumed under the Purchase Agreement, as amended. *See In re Gulf States Steel, Inc. of Alabama,* 285 B.R. 497, 506 (Bankr. N.D. Ala. 2002); *Citicorp Homeowners Servs., Inc. v. Elliot (In re Elliot)*, 94 B.R. 343, 345 (E.D. Pa. 1988). Therefore, the Court may approve a sale free and clear of liens even if all lien holders have not consented.

## APPLICATION

15. The sale of the Personal Property by the Trustee is authorized under § 363(b).

16. The Trustee believes that the proposed sale satisfies §§ 363(f)(1) – (5) of the Bankruptcy Code regarding any liens, claims, or encumbrances that encumber the Personal Property. The Trustee has conducted due diligence, including running a search with the State of Michigan and has confirmed that no parties had filed properly perfected UCC statements.

17. The Personal Property will be sold AS IS and WHERE IS, without any representation or warranty, whether express or implied, including, but not limited to, any warranties of merchantability, fitness for a particular purpose, or habitability.

18. Under the terms of the proposed Order granting this Motion (Exhibit 1), any party holding an alleged lien, claim, or encumbrance against the Personal Property may not assert a secured claim to the Estate's interest in any sale proceeds from the sale of the Real Property, but will instead have only unsecured (priority and/or general) claim(s) against the Estate for any allowed claim(s) against the Estate.

19. The Trustee believes that the sale of the Personal Property is in the best interest of the Estate and is supported by a sound business justification as it will provide for a distribution to creditors.

20. The Trustee requests that the Court grant the authority to execute any and all documents and agreements and to do such things as may be necessary or appropriate to implement and effectuate the sale.

21. The Trustee requests that notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 6006(d), 7062 and 9014, the Local Rules or otherwise, the terms and conditions of the Order granting this Motion shall be effective

immediately upon entry and that the Trustee be authorized to close the sale of the Real Property immediately upon entry of the Order granting this Motion.

WHEREFORE, the Trustee prays that this Honorable Court enter the proposed Order attached hereto as Exhibit 1, and grant such other and further relief as this Honorable Court deems just and proper.

                Respectfully submitted,
                **STEVENSON & BULLOCK, P.L.C.**

                By: /s/ Elliot G. Crowder
                Elliot G. Crowder (P76137)
                Counsel for Trustee
                26100 American Drive, Suite 500
                Southfield, MI 48034
                Phone: (248) 354-7906
                Facsimile: (248) 354-7907
                Email: ecrowder@sbplclaw.com

Dated: January 12, 2018

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
Distinctive Home Improvement, LLC,

Debtor.

Bankruptcy Case No. 17-53700
Hon. Phillip J. Shefferly
Chapter 7

## ORDER AUTHORIZING TRUSTEE TO SELL PERSONAL PROPERTY FREE AND CLEAR OF LIENS AND FOR ADDITIONAL RELATED RELIEF

THIS MATTER having come before this Honorable Court upon the Chapter 7 Trustee's Motion for Entry of Order Authorizing Trustee to Sell Personal Property Free and Clear of Liens and for Additional Related Relief (the "Motion"); notice having been proper; no objections having been timely filed, or any timely objections having been overruled; and the Court being fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Motion[1] is hereby GRANTED.

2. The Trustee is authorized to sell the Personal Property to Gary D. Smith for $3,850.00 free and clear of any and all liens, claims, or encumbrances pursuant to, *inter alia*, 11 U.S.C. § 363(f). The Trustee received a deposit from Mr. Smith in the amount of $1,260.00 on January 10, 2018. The remaining

---

[1] Capitalized terms as used herein shall have the same meanings as prescribed to them in the Motion, unless otherwise stated.

$2,590.00 shall be paid, in full, on or before March 12, 2018. The payment shall be made payable to "Fred J. Dery, Trustee", and delivered to:

Fred J. Dery
c/o Stevenson & Bullock, P.L.C.
Attn.: Elliot G. Crowder
26100 American Drive, Suite 500
Southfield, MI 48304

3. The Personal Property shall be sold AS IS and WHERE IS, without any representation or warranty, whether express or implied, including, but not limited to, any warranties of merchantability, fitness for a particular purpose, or habitability.

4. Any party holding an interest or lien (consensual or statutory) may not assert a secured claim to the Estate's interest in any sale proceeds from the sale of the Personal Property, but will instead have only unsecured (priority and/or general) claim against the Estate for any allowed claim against the Estate.

5. The Trustee, his assigns, or his counsel, is authorized to execute such documents and agreements and to do such things as may be necessary or appropriate in the Trustee's sole discretion to implement, effectuate and consummate the transactions contemplated in this Order.

6. Notwithstanding the possible applicability of Bankruptcy Rules 7062 and 9014, the Local Rules or otherwise, the terms and conditions of this Order

shall be effective immediately and the enforcement of this Order shall not be stayed for fourteen (14) days.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:** | |
| Distinctive Home Improvement, LLC, | Bankruptcy Case No. 17-53700 |
| | Hon. Phillip J. Shefferly |
| Debtor. | Chapter 7 |

## NOTICE AND OPPORTUNITY TO OBJECT TO MOTION FOR ENTRY OF ORDER AUTHORIZING TRUSTEE TO SELL PERSONAL PROPERTY FREE AND CLEAR OF LIENS AND FOR ADDITIONAL RELATED RELIEF

PLEASE TAKE NOTICE that Trustee, Fred J. Dery, has filed a Motion for Entry of Order Authorizing Trustee to Sell Personal Property Free and Clear of Liens and for Additional Related Relief ("Motion"). Pursuant to the Motion, the Trustee seeks to sell certain personal property to Gary Smith for the total of $3,850.00.

**Your rights may be affected. You may wish to review the Motion and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you wish to object to the Court granting the relief sought in the Motion, or if you want the Court to otherwise consider your views on the Motion, within twenty-one (21) days of service of the Motion, **or such shorter time as the Court may hereafter order**, you or your attorney must:

1. File with the Court a written response or an answer[1], explaining your position at:
United States Bankruptcy Court
211 West Fort Street
Detroit, Michigan 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to:

| Stevenson & Bullock, P.L.C. | Office of the United States Trustee |
|---|---|
| Attn.: Elliot G. Crowder | 211 West Fort Street, Suite 700 |
| 26100 American Drive, Suite 500 | Detroit, Michigan 48226 |
| Southfield, Michigan 48034 | |

If a response or answer is timely filed and served, the clerk may schedule a hearing on the Motion and you will be served with a notice of the date, time, and location of the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the relief sought therein.

Respectfully submitted,

By: /s/ Elliot G. Crowder (P76137)
Counsel for Trustee
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906

Dated: January 12, 2018
Email: ecrowder@sbplclaw.com

---

[1] Response or answer must comply with FED.R.CIV.P. 8(b), (c), and (e).

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

| Distinctive Home Improvement, LLC, | Bankruptcy Case No. 17-53700 |
| --- | --- |
| Debtor. | Hon. Phillip J. Shefferly<br>Chapter 7 |

## CERTIFICATE OF SERVICE

Elliot G. Crowder certifies that on January 12, 2018 copies of the **Motion for Entry of Order Authorizing Trustee to Sell Personal Property Free and Clear of Liens and for Additional Related Relief, Proposed Order, Notice**, and this **Certificate of Service** were served upon the following parties via the Court's CM/ECF (PACER) system, and/or by United States Postal Service First Class Mail:

| Office of the U.S. Trustee | Gary Smith<br>13362 Herbert Ave.<br>Warren, MI 48089 |
| --- | --- |
| Fred Dery<br>fdery@fredjdery.com<br>MI39@ecfcbis.com<br>dcloven@fredjdery.com<br>fjd@trustesolutions.net | Edward J. Gudeman<br>ejgudeman@gudemanlaw.com<br>ecf@gudemanlaw.com<br>lmerucci@ecf.inforuptcy.com<br>rtanner@ecf.inforuptcy.com<br>kdarr@ecf.inforuptcy.com<br>kshinn@ecf.inforuptcy.com<br>ejgudeman@ecf.inforuptcy.com<br>brookard@ecf.inforuptcy.com |
| Nathan D. Petrusak<br>ecf@orlaw.com<br>npetrusak@orlaw.com | Anthony Vittiglio<br>avittiglio@ddp-law.com<br>lswartz@ddp-aw.com<br>lvermeulen@ddp-aw.com<br>mberry@ddp-law.com |

Elliot Crowder further certifies that on January 12, 2018 a copy of the **Notice** was served by depositing same in a United States Postal Box located in Southfield, Michigan, with postage fully prepaid thereon on all parties appearing on Debtor's

matrix obtained from the Court's CM/ECF website on January 12, 2018 and attached hereto.

                                              Respectfully submitted,
                                              **STEVENSON & BULLOCK, P.L.C.**

                                              By: /s/ Elliot G. Crowder
                                              Elliot G. Crowder (P76137)
                                              Counsel for Trustee
                                              26100 American Drive, Suite 500
                                              Southfield, MI 48034
                                              Phone: (248) 354-7906
                                              Facsimile: (248) 354-7907
                                              Email: ecrowder@sbplclaw.com

Dated: January 12, 2018

Label Matrix for local noticing
0645-2
Case 17-53700-pjs
Eastern District of Michigan
Detroit
Fri Jan 12 13:20:43 EST 2018

ABC Supply Co., Inc.
One ABC Parkway
Beloit, WI 53511-4466

ABC Supply Co., Inc.
c/o Daniel J. Woodcock, Esq.
P.O. Box 278
New Hudson, Michigan 48165-0278

Accident Fund INS Co
1138 Elm Street
PO Box 179
Manchester, NH 03105-0179

Allied Building Products
15 East Union Ave
East Rutherford, NJ 07073-2127

American Builders & Contractors Supply C
c/o Daniel J. Woodcock
PO Box 278
New Hudson, MI 48165-0278

Charles D. Bullock
Stevenson & Bullock, P.L.C.
26100 American Drive
Suite 500
Southfield, MI 48034-6184

Capital One Commerical
PO Box 4160
Carol Stream, IL 60197-4160

Clipper Magazine
3708 Hempland Road
Mountville, PA 17554-1542

Comcast Business
41112 Concept Drive
Plymouth, MI 48170-4253

Elliot G. Crowder
26100 American Drive
Suite 500
Southfield, MI 48034-6184

Fred Dery
803 West Big Beaver
Suite 353
Troy, MI 48084-4775

Distinctive Home Improvement, LLC
6490 E. Ten Mile
Suite 3000
Center Line, MI 48015-1144

EMC Insurance Companies
c/o Ronald B. Rich & Associates
30665 Northwestern Highway
Suite 280
Farmington Hills, MI 48334-3147

Gary Smith
13362 Herbert Ave
Warren, MI 48089-1383

Edward J. Gudeman
Gudeman & Associates, P.C.
1026 W. Eleven Mile Road
Royal Oak, MI 48067-5401

Home Depot
Dept 32-2357010435
PO Box 78047
Phoenix, AZ 85062-8047

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Lamont Hanely & Associates
1138 Elm Street
Manchester, NH 03101-1531

Linxup
16305 Swingley Ridge Rd
Chesterfield, MO 63017-1777

Metro Sanitation
11400 Toepfer
Warren, MI 48089-4031

Michigan Department of Treasury
Collection Division
P.O. Box 30199
Lansing, MI 48909-7699

Nathan D. Petrusak
12900 Hall Rd.
Suite 350
Sterling Heights, MI 48313-1174

RMS Collections
200 Cantera Dr #211
Warrenville, IL 60555

SRS Distribution, Inc
c/o Muller Muller Richmond Harms & Mayer
33233 Woodward Ave
Birmingham, MI 48009-0903

Sequium Asset Solutions, LLC
1130 Northchase Parkway
Suite 150
Marietta, GA 30067-6429

Square Deal Building Supply
7670 19 Mile Road
Sterling Heights, MI 48314-3221

Transworld Systems Inc
9525 Sweet Valley Drive Bldg A
Valley View, OH 44125-4237

U.S. Attorney
Atten: Civil Division
211 W. Fort Street
Suite 2001
Detroit, MI 48226-3220

U.S. Trustee
211 W. Fort Street
Room 743
Detroit, MI 48226-3263

| | | |
|---|---|---|
| Verizon<br>Network fleet<br>PO Box 975544<br>Dallas, TX 75397-5544 | Anthony Vittiglio II<br>1175 West Long Lake<br># 202<br>Troy, MI 48098-4455 | Wimsatt Building Materials<br>Po Box 67000<br>Detroit, MI 48267-1759 |
| Daniel J. Woodcock<br>P.O. Box 278<br>New Hudson, MI 48165-0278 | YP Advertising & Publishing, LLC<br>c/o Robinson, Reagan, & Young, PLLC<br>446 James Robertson Parkway<br>Suite 200<br>Nashville, TN 37219-1533 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Repocast, Inc. | (u)Square Deal Building Supply | (u)Wimsatt Building Materials Corporation |

End of Label Matrix
Mailable recipients    34
Bypassed recipients     3
Total                  37